Stephen M. Doniger (SBN 179314)
stephen@donigerlawfirm.com
Scott A. Burroughs (SBN 235718)
scott@donigerlawfirm.com
Frank Gregory Casella (SBN 301494)
fcasella@donigerlawfirm.com
DONIGER/BURROUGHS
603 Rose Avenue
Venice California 90291
Telephone: (310) 590-1820

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MINDEN PICTURES, INC., a California Corporation;<br><br>Plaintiff,<br><br>v.<br><br>LEISURE.COM MEDIA, INC., a California corporation; and DOES 1 through 10,<br><br>Defendants. | Case No.:<br><br>**PLAINTIFF'S COMPLAINT FOR COPYRIGHT INFRINGEMENT**<br><br><u>Jury Trial Demanded</u> |

MINDEN PICTURES, INC., by and through its undersigned attorneys, hereby prays to this honorable Court for relief based on the following:

## JURISDICTION AND VENUE

1. This action arises under the Copyright Act of 1976, Title 17 U.S.C., § 101 *et seq*.

2. This Court has federal question jurisdiction under 28 U.S.C. § 1331 and 1338 (a) and (b).

3. Venue in this judicial district is proper under 28 U.S.C. § 1391(c) and 1400(a) in that this is the judicial district in which a substantial part of the acts and omissions giving rise to the claims occurred.

## PARTIES

4. Plaintiff MINDEN PICTURES, INC. ("MINDEN") is a corporation organized and existing under the laws of the state of California, with its primary place of business located at 9565 Soquel Drive, Suite 202, Aptos, California 95003.

5. Plaintiff is informed and believes and thereon alleges that Defendant LEISURE.COM MEDIA, INC. ("LEISURE.COM MEDIA") is a corporation organized and existing under the laws of the state of California, with its primary place of business located at 303 North Glenoaks Boulevard, suite 200, Burbank, California 91502, and is the owner of the website as https://www.leisure.com.

6. Plaintiff is informed and believes and thereon alleges that Defendants DOES 1 through 10, inclusive, are other parties not yet identified who have infringed Plaintiff's copyrights. The true names, whether corporate, individual or otherwise, of Defendants 1 through 10, inclusive, are presently unknown to Plaintiff, which therefore sues said Defendants by such fictitious names, and will seek leave to amend this Complaint to show their true names and capacities when same have been ascertained.

7. Plaintiff is informed and believes and thereon alleges that at all times relevant hereto each of the Defendants was the agent, affiliate, officer, director, manager, principal, alter-ego, and/or employee of the remaining Defendants and was at all times acting within the scope of such agency, affiliation, alter-ego relationship and/or employment; and actively participated in or subsequently ratified and/or adopted each of the acts or conduct alleged, with full knowledge of all the facts and circumstances, including, but not limited to, full knowledge of each violation of Plaintiff's rights and the damages to Plaintiff proximately caused thereby.

# CLAIMS RELATED TO SUBJECT PHOTOGRAPH A

8.  THOMAS MARENT ("MARENT") is a professional wildlife photographer with a world-renowned portfolio of photographs.

9.  MARENT owns an original photograph entitled "00785683" ("Subject Photograph A") that was registered with the United States Copyright Office on January 23, 2009 with the Registration Number VA 1-716-019.

10. Following the publication and display of Subject Photograph A, LEISURE.COM MEDIA, DOE Defendants, and each of them used Subject Photograph A without authorization for commercial purposes in various ways, including, but not limited to, the use on websites such as http://www.leisure.com.

11. An image of Subject Photograph A and a screen capture of Defendant's website with Subject Photograph A embedded are set forth hereinbelow:

## Subject Photograph A



//
//
//

**Screen Capture**



12. For all times relevant to this action, MARENT has appointed Plaintiff MINDEN as his exclusive administrator and publisher of all copyright rights in and to Subject Photograph A. As such, MINDEN is entitled to institute and maintain this action for copyright infringement. 17 U.S.C §501(b).

**CLAIMS RELATED TO SUBJECT PHOTOGRAPH B**

13. VINCENT GRAFHORST ("GRAFHORST") is a professional wildlife and nature photographer with a world-renowned portfolio of photographs.

14. GRAFHORST owns an original photograph entitled "00425269" ("Subject Photograph B") that was registered with the United States Copyright Office on February 14, 2017 with the Registration Number VA 2-053-697.

15. Following the publication and display of Subject Photograph B, LEISURE.COM MEDIA, DOE Defendants, and each of them used Subject Photograph B without authorization for commercial purposes in various ways, including, but not limited to, the use on websites such as https://www.leisure.com.

16. An image of Subject Photograph B and a screen capture of Defendant's website with Subject Photograph B embedded are set forth hereinbelow:

**Subject Photograph B**



**Screen Capture**

17. For all times relevant to this action, GRAFHORST has appointed Plaintiff MINDEN as his exclusive administrator and publisher of all copyright rights in and

to Subject Photograph B. As such, MINDEN is entitled to institute and maintain this action for copyright infringement. 17 U.S.C §501(b).

### CLAIMS RELATED TO SUBJECT PHOTOGRAPH C

18. KONRAD WOTHE ("WOTHE") is a professional wildlife photographer with a world-renowned portfolio of photographs.

19. WOTHE owns an original photograph entitled "00482852" ("Subject Photograph C") that was registered with the United States Copyright Office on January 30, 2017 with the Registration Number VA 2-052-758.

20. Following the publication and display of Subject Photograph C, LEISURE.COM MEDIA, DOE Defendants, and each of them used Subject Photograph C without authorization for commercial purposes in various ways, including, but not limited to, the use on websites such as https://www.leisure.com.

21. An image of Subject Photograph C and a screen capture of Defendant's website with Subject Photograph C embedded are set forth hereinbelow:

**Subject Photograph C**



//
//
//

6
COMPLAINT

**Screen Capture**



22. For all times relevant to this action, WOTHE has appointed Plaintiff MINDEN as his exclusive administrator and publisher of all copyright rights in and to Subject Photograph C. As such, MINDEN is entitled to institute and maintain this action for copyright infringement. 17 U.S.C §501(b).

**CLAIMS RELATED TO SUBJECT PHOTOGRAPH D**

23. MARK MOFFETT ("MOFFETT") is a professional wildlife photographer with a world-renowned portfolio of photographs.

24. MOFFETT owns an original photograph entitled "00090339" ("Subject Photograph D") that was registered with the United States Copyright Office on February 18, 1997 with the Registration Number VA 847-928.

25. Following the publication and display of Subject Photograph D, LEISURE.COM MEDIA, DOE Defendants, and each of them used Subject Photograph D without authorization for commercial purposes in various ways, including, but not limited to, the use on websites such as https://www.leisure.com.

26. An image of Subject Photograph D and a screen capture of Defendant's website with Subject Photograph D embedded are set forth hereinbelow:

### Subject Photograph D



### Screen Capture



27. For all times relevant to this action, MOFFETT has appointed Plaintiff MINDEN as his exclusive administrator and publisher of all copyright rights in and

to Subject Photograph D. As such, MINDEN is entitled to institute and maintain this action for copyright infringement. 17 U.S.C §501(b).

### CLAIMS RELATED TO SUBJECT PHOTOGRAPH E

28. SUZI ESZTERHAS ("ESZTERHAS") is a professional wildlife photographer with a world-renowned portfolio of photographs.

29. ESZTERHAS owns an original photograph entitled "00481371" ("Subject Photograph E") that was registered with the United States Copyright Office on February 10, 2017 with the Registration Number VA 2-050-089.

30. Following the publication and display of Subject Photograph E, LEISURE.COM MEDIA, DOE Defendants, and each of them used Subject Photograph E without authorization for commercial purposes in various ways, including, but not limited to, the use on websites such as https://www.leisure.com.

31. An image of Subject Photograph E and a screen capture of Defendant's website with Subject Photograph E embedded are set forth hereinbelow:

### Subject Photograph D



//
//
//

**Screen Capture**



32. For all times relevant to this action, ESZTERHAS has appointed Plaintiff MINDEN as her exclusive administrator and publisher of all copyright rights in and to Subject Photograph E. As such, MINDEN is entitled to institute and maintain this action for copyright infringement. 17 U.S.C §501(b).

**FIRST CLAIM FOR RELIEF**

(For Copyright Infringement - Against All Defendants, and Each)

33. Plaintiff repeats, realleges and incorporates herein by reference as though fully set forth the allegations contained in the preceding paragraphs of this Complaint.

34. Plaintiff is informed and believes and thereon alleges that Defendants, and each of them, had access to Subject Photograph A, Subject Photograph B, Subject Photograph C, Subject Photograph D, and Subject Photograph E (collectively, the "Subject Photographs"), including, without limitation, through Plaintiff's website and social media accounts or viewing the Subject Photographs on third-party websites (e.g., Tumblr, Pinterest, etc.).

35. Plaintiff is informed and believes and thereon alleges that Defendants, and each of them, used and distributed images of the Subject Photographs, and exploited said images in multiple website posts without Plaintiff's authorization or consent.

36. Due to Defendants', and each of their, acts of infringement, Plaintiff has suffered damages in an amount to be established at trial.

37. Due to Defendants', and each of their, acts of copyright infringement as alleged herein, Defendants, and each of them, have obtained profits they would not otherwise have realized but for their infringement of the Subject Photographs. As such, Plaintiff is entitled to disgorgement of Defendants', and each of their, profits attributable to the infringement of the Subject Photographs in an amount to be established at trial.

38. Plaintiff is informed and believes and thereon alleges that Defendants, and each of them, have committed copyright infringement with actual or constructive knowledge of Plaintiff's rights such that said acts of copyright infringement were, and continue to be, willful, intentional and malicious.

## PRAYER FOR RELIEF

Wherefore, Plaintiff prays for judgment as follows:

a. That Defendants—each of them—and their respective agents and servants be enjoined from importing, manufacturing, distributing, offering for sale, selling or otherwise trafficking in any product that infringes Plaintiff's copyrights in the Subject Photographs;

b. That Plaintiff be awarded all profits of Defendants, and each of them, plus all losses of Plaintiff, the exact sum to be proven at the time of trial, or, if elected before final judgment, statutory damages as available under the Copyright Act, 17 U.S.C. § 101 et seq.;

c. That Plaintiff be awarded its attorneys' fees as available under the Copyright Act U.S.C. § 101 et seq.;

     d. That Plaintiff be awarded pre-judgment interest as allowed by law;

     e. That Plaintiff be awarded the costs of this action; and

     f. That Plaintiff be awarded such further legal and equitable relief as the Court deems proper.

Plaintiff demands a jury trial on all issues so triable pursuant to Fed. R. Civ. P. 38 and the 7th Amendment to the United States Constitution.

Dated: January 23, 2020        DONIGER/BURROUGHS

                              By:  /s/ Stephen M. Doniger
                                    Stephen M. Doniger, Esq.
                                    Frank Gregory Casella, Esq.
                                    Attorneys for Plaintiff