Stephen M. Doniger, Esq. (SBN 179314)
stephen@donigerlawfirm.com
Scott Alan Burroughs, Esq. (SBN 235718)
scott@donigerlawfirm.com
Elina E. Kharit, Esq. (SBN 261029)
ekharit@donigerlawfirm.com
DONIGER / BURROUGHS APC
603 Rose Avenue
Venice, California 90291
Telephone: (310) 590-1820

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MINDEN PICTURES, INC., <br><br> Plaintiff, <br><br> v. <br><br> LEISURE.COM MEDIA, INC., *et al.*, <br><br> Defendants. | Case No.: 2:20-cv-00714-SVW-MRW <br> <u>Hon. Stephen V. Wilson Presiding</u> <br><br> **NOTICE OF SETTLEMENT** |

TO THE HONORABLE COURT, ALL PARTIES, AND THEIR RESPECTIVE COUNSEL OF RECORD,

PLEASE TAKE NOTICE THAT the parties have reached a settlement to resolve the Action and are awaiting performance of that settlement by Defendant Leisure, which the parties anticipate full performance in the coming months. After which, the parties will file a stipulation to dismiss the action with prejudice.

In the interim, Plaintiff respectfully request that the Court take all pending dates off-calendar until the parties are able to file a dismissal and retain jurisdiction for the purposes of enforcing the settlement agreement.

Given the foregoing, Plaintiff respectfully request that the Court set a status report date within ninety (90) days so that performance can be fulfilled by Defendant Leisure, and the parties can then file a stipulation to dismiss the action with prejudice.

Respectfully submitted,

Date: December 22, 2020     By:     /s/ *Stephen M Doniger*
                                    Stephen M. Doniger, Esq.
                                    Elina E. Kharit, Esq.
                                    DONIGER / BURROUGHS
                                    Attorneys for Plaintiff